DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

METCALF v. McGUINN

No. 235P85.

Case below: 73 N.C. App. 604.

Petition by defendants for discretionary review under G.S. 7A-31 denied 19 September 1985.

MYRVIK v. RICHARDSON

No. 421P85.

Case below: 75 N.C. App. 511.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 19 September 1985.

NARRON v. HARDEE'S FOOD SYSTEMS, INC.

No. 423P85.

Case below: 75 N.C. App. 579.

Petition by defendant for discretionary review under G.S. 7A-31 denied 19 September 1985.

PATE v. TOWN OF ST. PAULS

No. 496P85.

Case below: 75 N.C. App. 511.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 19 September 1985.

PEARCE v. AMERICAN DEFENDER LIFE INS. CO.

No. 468PA85.

Case below: 74 N.C. App. 620.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 19 September 1985.